IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          No. 4:13-cr-98-DPM

WILLIAM K. HINTON                                               DEFENDANT

## ORDER

The Court vacates that part of its oral Judgment and sentence imposing restitution based on likely clear error, FED. R. CRIM. P. 35(a), and will enter a separate Order imposing any mandatory restitution within ninety days. The Court directs the United States to file all restitution-related materials under seal by 15 December 2014. There may be no restitution owed. Joint report from counsel due by 17 December 2014. The Court directs the Probation Office to hold the final PSR until further Order: paragraph 50 may need revision.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 December 2014